Case 1:06-cv-00106-ZLW  Document 20  Filed 10/11/06  USDC Colorado  Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00106-ZLW

MR. MICHAEL KEITH TIVIS,

    Plaintiff,

v.

DR. PATTY BEECROFT, M.D., and
MR. TED LAURANCE, P.A.,

    Defendants.

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff has filed in this action on October 5, 2006, a Prisoner Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and two supplemental motions. Plaintiff previously was directed to file a new civil action if he wishes to pursue his claims because this action was dismissed without prejudice on April 21, 2006. Therefore, the clerk of the Court is directed to open a new civil action and transfer the documents filed in this action on October 5, 2006, to the new civil action.

Dated: October 11, 2006

Copies of this Minute Order were mailed on October 11, 2006, to the following:

Michael K. Tivis
Reg. No. 52378
Arkansas Valley Corr. Facility
P.O. Box 1000
Crowley, CO 81034

                                                    Secretary/Deputy Clerk