IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00106-ZLW

MR. MICHAEL KEITH TIVIS,

  Plaintiff,

v.

DR. PATTY BEECROFT, M.D., and
MR. TED LAURANCE, P.A.,

  Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

   Plaintiff's "Motion for Correction for Request for Relief in the 1983 Prisoner's Complaint" filed on October 16, 2006, is DENIED because the document to which he refers is not filed in this civil action.

Dated:  October 17, 2006

Copies of this Minute Order mailed on October 17, 2006, to the following:

Michael K. Tivis
Prisoner No. 52378
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

_____
Secretary/Deputy Clerk