# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00106-ZLW

MR. MICHAEL KEITH TIVIS,

    Plaintiff,

v.

DR. PATTY BEECROFT, M.D., and
MR. TED LAURANCE, P.A.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 30 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Supplemental Motion Pursuant to 28 U.S.C. Section 1343 and 42 U.S.C. Section 1983 (State Prisoners)" filed on October 27, 2006, is DENIED because the instant action is closed. If Plaintiff wishes to file a document in his pending case, he must use the correct case number.

Dated: October 30, 2006

Copies of this Minute Order mailed on October 30, 2006, to the following:

Michael K. Tivis
Prisoner No. 52378
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

_____
Secretary/Deputy Clerk