**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06-cv-00106-ZLW

NOV 1 4 2006

MR. MICHAEL KEITH TIVIS,

GREC_ _ _ _ _ _ _ _ _ NGHAM
CLERK

     Plaintiff,

v.

DR. PATTY BEECROFT, M.D., and
MR. TED LAURANCE, P.A.,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

     Plaintiff's "Supplemental Motion Pursuant to 28 U.S.C. Section 1343 and 42 U.S.C. Section 1983 (State Prisoners)" filed on November 13, 2006, is DENIED because the instant action is closed. If Plaintiff wishes to file a document in his pending case, he must use the correct case number.

Dated: November 14, 2006

Copies of this Minute Order mailed on November 14, 2006, to the following:

Michael K. Tivis
Prisoner No. 52378
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

                             _____
                             Secretary/Deputy Clerk